IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                              ORDER

        v.                                    Case No. 14-cr-115-jdp

JAMES HENKEL,

        Defendant.

---

The defendant in the above-entitled case has been:

    __X__    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

    _____    The State Department is not to reissue a passport without approval of U.S. Probation.

    _____    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

    _____    acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

    _____    Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 13th day of May, 2015.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge